## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  **v.**                                      **Case No. 15-CR-136**

**MARKESE TAYLOR**
    **Defendant.**

## SCHEDULING ORDER

On agreement,

**IT IS ORDERED** that the **REVOCATION HEARING** set for July 25, 2019, is adjourned to **Tuesday, July 30, 2019, at 2:00 p.m.**

Dated at Milwaukee, Wisconsin, this 24th day of July, 2019.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge